UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. UNITED OCEAN SERVICES, LLC<br><br>Plaintiff,<br>v.<br><br>POWERHOUSE DIESEL SERVICES, INC.<br><br>Defendant,<br>_____/ | Case Number: C 13-01123 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

## **STIPULATION**

The parties to this action, U.S United Ocean Service, LLC and Powerhouse Diesel Services, Inc. respectfully request, and stipulate to, a brief continuance of the Initial Case Management Conference, currently scheduled for June 14, 2013, at 1:30 p.m., of approximately two to three weeks to a date convenient for this Court, and a related continuance of the due date for the submission of a Rule 26(f) Report and Case Management Conference Statement to seven days before the rescheduled date for the Initial Case Management Conference.

This request is made on the ground that the parties anticipate that a resolution of this action in its entirety is imminent and, as a result, an Initial Case Management Conference and related filings may not be necessary if the Initial Case Management Conference is continued as requested.

Dated: June 10, 2013        /s/ *Ryan A. Hahn*
                            Counsel for Plaintiff and Counter-Claim Defendant
                            U.S United Ocean Services, LLC

Dated: June 10, 2013        /s/ *Clifford R. Horner*
                            Counsel for Defendant and Counter-Claimant Plaintiff
                            Powerhouse Diesel Services, Inc.

**HORNER&SINGER LLP**
1646 N. California Blvd., Suite 250
Walnut Creek, California 94596

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

1  **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED:

3  1. The Initial Case Management Conference is continued from June 14, 2013 at 1:30
4  pm to July 12, 2013, at 1:30 am/pm.

5  2. The deadline for the filing of a Rule 26(f) Report and Case Management
6  Conference Statement is continued to July 5, 2013.

7

8  Dated:   June 10, 2013

9  _____
   UNITED STATES DISTRICT JUDGE