UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. UNITED OCEAN SERVICES, LLC<br><br>    Plaintiff,<br>v.<br>POWERHOUSE DIESEL SERVICES, INC.<br><br>    Defendant,<br>_____/ | Case Number: C 13-01123 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

## STIPULATION

The parties to this action, U.S United Ocean Services, LLC and Powerhouse Diesel Services, Inc. respectfully request, and stipulate to, a brief continuance of the Initial Case Management Conference, currently scheduled for July 12, 2013, at 1:30 p.m., of approximately 45 days to a date convenient for this Court, and a related continuance of the due date for the submission of a Rule 26(f) Report and Case Management Conference Statement to seven days before the rescheduled date of the Initial Case Management Conference.

On June 10, 2013, the parties filed a stipulation requesting a 30-day continuance of the Initial Case Management Conference, then scheduled for June 14, 2013, on the ground that the parties anticipate that a resolution of this action in its entirety is imminent. (Rec. Doc. 71.) The Court granted the parties' request and ordered the Initial Case Management Conference continued to its current date of July 12, 2013, and a corresponding continuance of the deadline for the filing of a Rule 26(f) Report and Case Management Conference Statement to July 4, 2013. (Rec. Doc. 73.)

This request is made on the grounds that the parties require a brief amount of additional time to accomplish the anticipated resolution of this action in its entirety and wish to avoid

1 incurring the expenses associated with the Initial Case Management Conference and related
2 filings.

3

4 Dated: July 1, 2013 /s/ *Ryan A. Hahn*
   Counsel for Plaintiff and Counter-Claim Defendant
5 U.S United Ocean Services, LLC

6
   Dated: July 1, 2013 /s/ *Clifford R. Horner*
7 Counsel for Defendant and Counter-Claimant Plaintiff
   Powerhouse Diesel Services, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

1 **ORDER**

2    PURSUANT TO STIPULATION, IT IS SO ORDERED:

3    1.   The Initial Case Management Conference is continued from July, 12 2013 at 1:30

4 pm to September 27, 2013, at  1:30   am/pm.

5    2.   The deadline for the filing of a Rule 26(f) Report and Case Management

6 Conference Statement is continued to  Sept. 20 , 2013.

8 Dated:   July 2, 2013

    _____
9                UNITED STATES DISTRICT JUDGE