1
2
3
4                    UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6                        SAN FRANCISCO DIVISION

7  U.S. UNITED OCEAN SERVICES, LLC          Case Number: C 13-01123 JSW

8                         Plaintiff,        **STIPULATION AND [PROPOSED]**
    v.                                      **ORDER CONTINUING INITIAL CASE**
9                                           **MANAGEMENT CONFERENCE**
   POWERHOUSE DIESEL SERVICES, INC.
10
                          Defendant,
11  _____/

12                            **STIPULATION**

13    The parties to this action, U.S United Ocean Services, LLC and Powerhouse Diesel
14 Services, Inc. respectfully request, and stipulate to, a brief continuance of the Initial Case
15 Management Conference, currently scheduled for July 12, 2013, at 1:30 p.m., of approximately
16 45 days to a date convenient for this Court, and a related continuance of the due date for the
17 submission of a Rule 26(f) Report and Case Management Conference Statement to seven days
18 before the rescheduled date of the Initial Case Management Conference.

19    On June 10, 2013, the parties filed a stipulation requesting a 30-day continuance of the
20 Initial Case Management Conference, then scheduled for June 14, 2013, on the ground that the
21 parties anticipate that a resolution of this action in its entirety is imminent. (Rec. Doc. 71.) The
22 Court granted the parties' request and ordered the Initial Case Management Conference
23 continued to its current date of July 12, 2013, and a corresponding continuance of the deadline
24 for the filing of a Rule 26(f) Report and Case Management Conference Statement to July 4, 2013.
25 (Rec. Doc. 73.)

26    This request is made on the grounds that the parties require a brief amount of additional
27 time to accomplish the anticipated resolution of this action in its entirety and wish to avoid
28

**HORNER&SINGER LLP**
1646 N. California Blvd., Suite 250
Walnut Creek, California 94596

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE

incurring the expenses associated with the Initial Case Management Conference and related filings.

Dated: July 1, 2013         /s/ *Ryan A. Hahn*
                            Counsel for Plaintiff and Counter-Claim Defendant
                            U.S United Ocean Services, LLC

Dated: July 1, 2013         /s/ *Clifford R. Horner*
                            Counsel for Defendant and Counter-Claimant Plaintiff
                            Powerhouse Diesel Services, Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Initial Case Management Conference is continued from July, 12 2013 at 1:30 pm to September 27, 2013, at  1:30  am/pm.

2. The deadline for the filing of a Rule 26(f) Report and Case Management Conference Statement is continued to  Sept. 20 , 2013.

Dated:  July 2, 2013

_____
UNITED STATES DISTRICT JUDGE