1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6                     SAN FRANCISCO DIVISION

7    U.S. UNITED OCEAN SERVICES, LLC          Case Number: C 13-01123 JSW

8                               Plaintiff,    **STIPULATION AND [PROPOSED]**
                                              **ORDER CONTINUING INITIAL CASE**
9        v.                                   **MANAGEMENT CONFERENCE**

     POWERHOUSE DIESEL SERVICES, INC.
10
                                Defendant,
11   _____/

12                          **STIPULATION**

13       The parties to this action, U.S United Ocean Services, LLC and Powerhouse Diesel

14   Services, Inc. respectfully request, and stipulate to, a brief continuance of the Initial Case

15   Management Conference, currently scheduled for September 27, 2013, at 1:30 p.m., of

16   approximately 45 days to a date convenient for this Court, and a related continuance of the due

17   date for the submission of a Rule 26(f) Report and Case Management Conference Statement to

18   seven days before the rescheduled date of the Initial Case Management Conference.

19       On June 10, 2013, the parties filed a stipulation requesting a 30-day continuance of the

20   Initial Case Management Conference, then scheduled for June 14, 2013, on the ground that the

21   parties anticipate that a resolution of this action in its entirety is imminent.  (Rec. Doc. 71.)  The

22   Court granted the parties' request and ordered the Initial Case Management Conference

23   continued to July 12, 2013, and a corresponding continuance of the deadline for the filing of a

24   Rule 26(f) Report and Case Management Conference Statement to July 4, 2013.  (Rec. Doc.  73.)

25       On July 1, 2013, the parties filed a stipulation requesting a 30-day continuance of the

26   Initial Case Management Conference, then scheduled for July 12, 2013, on the grounds that the

27   parties anticipate that a resolution of this action in its entirety is imminent.  (Rec. Doc. 74.)  The

28   Court granted the parties' request and ordered the Initial Case Management Conference

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE

1   continued to its current date of September 27, 2013, and a corresponding continuance of the

2   deadline for the filing of a Rule 26(f) Report and Case Management Conference Statement to

3   September 20, 2013. (Rec. Doc. 75.)

4       This request is made on the grounds that the parties require a brief amount of additional

5   time to accomplish the anticipated resolution of this action in its entirety and wish to avoid

6   incurring the expenses associated with the Initial Case Management Conference and related

7   filings.

8

9   Dated: September 20, 2013          /s/ *Ryan A. Hahn*_____
                                        Counsel for Plaintiff and Counter-Claim Defendant
10                                      U.S United Ocean Services, LLC

11

12  Dated: September 20, 2013          /s/ *Clifford R. Horner*_____
                                        Counsel for Defendant and Counter-Claimant Plaintiff
13                                      Powerhouse Diesel Services, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE

1

**<u>ORDER</u>**

2        PURSUANT TO STIPULATION, IT IS SO ORDERED:

3        1.      The Initial Case Management Conference is continued from September 27, 2013

4   at 1:30 pm to <u>December 13</u> 2013, at __1:30____ am/pm.

5        2.      The deadline for the filing of a Rule 26(f) Report and Case Management

6   Conference Statement is continued to December 6 2013.

7

8   Dated:   September 24, 2013

9                                                    _____
                                                     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE