UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. UNITED OCEAN SERVICES, LLC<br><br>Plaintiff,<br>v.<br><br>POWERHOUSE DIESEL SERVICES, INC.<br><br>Defendant,<br>_____ / | Case Number: C 13-01123 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

## STIPULATION

The parties to this action, U.S. United Ocean Services, LLC and Powerhouse Diesel Services, Inc. respectfully request, and stipulate to, a brief continuance of the Initial Case Management Conference, currently scheduled for December 13, 2013, at 1:30 p.m., of approximately 30 days to a date convenient for this Court, and a related continuance of the due date for the submission of a Rule 26(f) Report and Case Management Conference Statement to seven days before the rescheduled date of the Initial Case Management Conference.

On June 10, 2013, the parties filed a stipulation requesting a continuance of the Initial Case Management Conference, then scheduled for June 14, 2013, on the ground that the parties anticipated that a resolution of this action in its entirety was imminent. (Rec. Doc. 71.) The Court granted the parties' request and ordered the Initial Case Management Conference continued to July 12, 2013. (Rec. Doc. 73.)

Pursuant to subsequent requests of the parties, the Court continued the Initial Case Management Conference to September 27, 2013, and then to its current date of December 13, 2013. (Rec. Docs. 75, 77.)

//

//

This request is made on the grounds that the parties require a brief amount of additional time to accomplish the anticipated resolution of this action in its entirety and wish to avoid incurring the expenses associated with the Initial Case Management Conference and related filings.

Dated: December 5, 2013  /s/ *Ryan A. Hahn*
Counsel for Plaintiff and Counter-Claim
Defendant U.S United Ocean Services, LLC

Dated: December 5, 2013  /s/ *Clifford R. Horner*
Counsel for Defendant and Counter-Claimant
Plaintiff Powerhouse Diesel Services, Inc.

**HORNER&SINGER LLP**
1820 Bonanza Street, Suite 200
Walnut Creek, California 94596

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Initial Case Management Conference is continued from December 13, 2013 at 1:30 pm to January 24, 2014, at 1:30 a̶m̶/pm.

2. The deadline for the filing of a Rule 26(f) Report and Case Management Conference Statement is continued to Jan. 17, 2014.

Dated: December 6, 2013

_____
UNITED STATES DISTRICT JUDGE