UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. UNITED OCEAN SERVICES, LLC | Case Number: C 13-01123 JD |
| Plaintiff,<br>v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| POWERHOUSE DIESEL SERVICES, INC. | |
| Defendant, | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and Counter-Defendant U.S. United Ocean Services, LLC and Defendant and Counter-Claimant Powerhouse Diesel Services, Inc. hereby stipulate that the above-captioned action be dismissed with prejudice.

IT IS SO STIPULATED

Dated: August 20, 2014    /s/ *Ryan A. Hahn*
Counsel for Plaintiff and Counter-Claim
Defendant U.S United Ocean Services, LLC

Dated: August 20, 2014    /s/ *Clifford R. Horner*
Counsel for Defendant and Counter-Claimant
Plaintiff Powerhouse Diesel Services, Inc.

1 **<u>ORDER</u>**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED:

3 The proceeding is dismissed with prejudice.

4 Dated:

5 _____
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER FOR DISMISSAL**