UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. UNITED OCEAN SERVICES, LLC<br><br>Plaintiff,<br>v.<br><br>POWERHOUSE DIESEL SERVICES, INC.<br><br>Defendant, | Case Number: C 13-01123 JD<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and Counter-Defendant U.S. United Ocean Services, LLC and Defendant and Counter-Claimant Powerhouse Diesel Services, Inc. hereby stipulate that the above-captioned action be dismissed with prejudice.

IT IS SO STIPULATED

Dated: August 20, 2014        /s/ *Ryan A. Hahn*
Counsel for Plaintiff and Counter-Claim
Defendant U.S United Ocean Services, LLC

Dated: August 20, 2014        /s/ *Clifford R. Horner*
Counsel for Defendant and Counter-Claimant
Plaintiff Powerhouse Diesel Services, Inc.

**HORNER&SINGER LLP**
1820 Bonanza Street, Suite 200
Walnut Creek, California 94596

**STIPULATION AND ORDER FOR DISMISSAL**

**ORDER**

1
2     PURSUANT TO STIPULATION, IT IS SO ORDERED:
3     The proceeding is dismissed with prejudice.
4 Dated: 8/21/14

_____
UNITED STATES DISTRICT JUDGE