UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. UNITED OCEAN SERVICES, LLC | Case Number: C 13-01123 JD |
| Plaintiff, v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| POWERHOUSE DIESEL SERVICES, INC. | |
| Defendant, / | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and Counter-Defendant U.S. United Ocean Services, LLC and Defendant and Counter-Claimant Powerhouse Diesel Services, Inc. hereby stipulate that the above-captioned action be dismissed with prejudice.

IT IS SO STIPULATED

Dated: August 20, 2014          /s/ *Ryan A. Hahn*
                                Counsel for Plaintiff and Counter-Claim
                                Defendant U.S United Ocean Services, LLC

Dated: August 20, 2014          /s/ *Clifford R. Horner*
                                Counsel for Defendant and Counter-Claimant
                                Plaintiff Powerhouse Diesel Services, Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The proceeding is dismissed with prejudice.

Dated: 8/21/14

_____
UNITED STATES DISTRICT JUDGE